**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 21, 2006

# NOTICE OF REASSIGNMENT

Re:   Clifford Alston v. Christopher Askew, et al.
       Civil Action No. #3:06-cv-00722-DRB

The above-styled case has been reassigned to Judge W. Harold Albritton, III.

Please note that the case number is now #3:06-cv-00722-WHA.  This new case number should be used on all future correspondence and pleadings in this action.