**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 22, 2006

# NOTICE OF REASSIGNMENT

Re:     Clifford Alston v. Christopher Askew
        Civil Action No. #3:06-cv-00722-WHA

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #3:06-cv-00722-WKW.  This new case number should be used on all future correspondence and pleadings in this action.