IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD ALSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 3:06 CV 722 WKW-DRB |
| CHRISTOPHER ASKEW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

COMES NOW, Christopher D. Glover with the law firm of Hollis & Wright, and enters his appearance as counsel of record for the Plaintiff.

All future correspondence, pleadings, notices and/or inquiries should be directed to the address and telephone number listed below.

                                                            s/Christopher D. Glover_____
                                                            Christopher D. Glover (GLO007)
                                                            Attorney for Plaintiff

**OF COUNSEL**:
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1500
Birmingham, Alabama 35203
(205) 324-3600
(205) 324-3636 Facsimile

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 26th day of September, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Keri Donald Simms
Miller, Hamilton, Snider & Odom
505 North 20th Street, Suite 1200
Birmingham, AL 35203

                                                s/Christopher D. Glover
                                                OF COUNSEL