IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD ALSTON, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHRISTOPHER ASKEW, et al., | )    CASE NO.: 3:06-cv-722-WKW |
| | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Comes now the undersigned and would file this his motion to withdraw as attorney for the Plaintiff in the above styled matter and would show unto this Honorable Court that the Honorable Christopher D. Glover, 505 North 20th Street, Suite 1500, Birmingham, Alabama 35203, has filed a Notice of Appearance on behalf of the Plaintiff and will be representing him in this matter.

MARK S. CARTER
P.O. Box 730
1608 Broad Street
Phenix City, Alabama 36867
334-291-3070

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon **K. Donald Simms, Esq.** by placing the same in the United States Mail, postage prepared and attached, addressed to his last known address as follows:

K. Donald Simms, Esq.
Miller, Hamilton, Snider & Odom, L.L.C.
505 20th Street North
Birmingham, Alabama 35203

This the _____ day of October, 2006.

_____
Of Counsel