IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD ALSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. 3:06-cv-722-WKW |
| ) | |
| CHRISTOPHER ASKEW, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of Mark S. Carter's Motion to Withdraw as Counsel (Doc. #8) filed on October 23, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 24th of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE