IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA, EASTERN DIVISION

| | |
|---|---|
| Clifford Alston, <br><br> Plaintiff(s), <br><br> v. <br><br> Christopher Askew and Ruby White d/b/a Air Ride Trucking, <br><br> Defendant(s). | 3:06-cv-722-WKW |

## REPORT OF THE PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on October 23, 2006 at the offices of Miller, Hamilton, Snider & Odom, L.L.C. In attendance were:

   Christopher D. Glover on behalf of the Plaintiff;

   Douglas H. Bryant on behalf of Defendants.

2. **Pre-Discovery Disclosures.** The parties will exchange by November 22, 2006 the information required by Rule 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

   Discovery will be needed on the following subjects: Plaintiff's claims, Defendants' defenses, and the nature and extent of plaintiff's injuries.

   All Discovery commenced in time to be completed by October 1, 2007.

   Maximum of 45 interrogatories by each party to any other party. [Responses due 30 days after service.]

   Maximum of 25 requests for admission by each party to any other party. [Responses due 30 days after service.]

   Maximum of 9 depositions by Plaintiff and 9 by Defendant, maximum of 6 hours each.

Reports from retained experts under Rule 26(a)(2) due:

    from Plaintiff by July 1st, 2007; and

    from Defendant by September 1st, 2007.

Supplementations under Rule 26(e) due by October 1, 2007.

4. **Other Items.**

The parties do not request a conference with the Court before entry of the scheduling order.

Plaintiff should be allowed until April 1st, 2007 to join additional parties and until April 1st 2007 to amend the pleadings.

Defendants should be allowed until April 1st, 2007 to join additional parties and until April 1st 2007 to amend the pleadings.

All potentially dispositive motions should be filed by October 5, 2007.

The parties believe that there is a realistic possibility for settlement following some initial discovery.

Final lists of trial evidence under rule 26(a)(3) should be due:

    from Plaintiff:

        witnesses – 30 days prior to trial;

        exhibits – 30 days prior to trial;

    from Defendants

        witness – 30 days prior to trial;

        exhibits – 30 days prior to trial.

Parties should have 15 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

*Alston v. Askew*
Report of Parties Planning Meeting

The case should be ready for trial by November 1st, 2007 and at this time is expected to take approximately 2 days.

By: /s/ *signature*
K. Donald Simms
Attorney for Defendant

OF COUNSEL:
MILLER, HAMILTON, SNIDER & ODOM, L.L.C
505 20th Street N., suite 500
Birmingham, AL 35203

By: *signature*
Christopher Glover
Attorney for Plaintiff

OF COUNSEL:
HOLLIS & WRIGHT, P.C.
505 20th Street N., suite 1500
Birmingham, AL 35203