IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD ALSTON,            ) | |
| )    | |
| Plaintiff,       ) | |
| )    | |
| v.                                             ) | Civil Action No.: |
| )    | 3:06 CV 722 WKW-DRB |
| CHRISTOPHER ASKEW, et al.,   ) | |
| )    | |
| Defendants.     ) | |

**NOTICE OF CHANGE OF ADDRESS**

  Comes now, Christopher D. Glover, as counsel for the Plaintiff, in the above styled action and hereby notifies this Court and counsel of record of his change of address:

**CHRISTOPHER D. GLOVER**
**Hogan Law Office, P.C.**
**The Douglass Building**
**2017 Morris Avenue, Suite 300**
**Birmingham, AL 35203**
**(205) 327-5235**
**(205) 327-5237 Fax**
**chris@hoganlawoffice.com**

  All future correspondence, pleadings, notices and/or inquiries should be directed to the new address and telephone number listed above.

                 s/Christopher D. Glover
                 Christopher D. Glover (GLO007)
                 Attorney for Plaintiffs

**OF COUNSEL**:
HOLLIS & WRIGHT, P.C.
505 North 20th Street, Suite 1750
Birmingham, Alabama  35203
(205) 324-3600
(205) 324-3636 Facsimile

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 24th day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Keri Donald Simms
Miller, Hamilton, Snider & Odom
505 North 20th Street, Suite 1200
Birmingham, AL 35203

                                                  s/Christopher D. Glover
                                                  OF COUNSEL