IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD ALSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:06-CV-0722-WKW-TFM |
| | ) |
| CHRISTOPHER ASKEW, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon of review and consideration of Plaintiff's *Motion to Compel Discovery* (Doc. 16, filed May 21, 2007), it is

**ORDERED** that Defendant Christopher Askew show cause why this motion should not be granted on or before **May 28, 2007**.

DONE this 21st day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE