IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| Clifford Alston, <br><br> Plaintiff(s), <br><br> v. <br><br> Christopher Askew and Ruby White d/b/a Air Ride Trucking, <br><br> Defendant(s). | 3:06-cv-722-WKW |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

COMES NOW, the defendant, Christopher Askew, by and through counsel of record, and gives notice that on this date he has served his Answers to Plaintiff's Interrogatories and Request for Production to counsel for Plaintiff.

The defendant further gives notice that the Motion for Additional Time to Answer Discovery (Doc. 18) is now moot.

/S   K. Donald Simms
K. Donald Simms
Attorney for Defendant

OF COUNSEL:
MILLER, HAMILTON, SNIDER & ODOM, L.L.C
505 20th Street N., suite 500
Birmingham, AL 35203

*Alston v. Askew*
Notice of Service of Discovery Documents

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed, on this __29th__ day of __May__, 2007 to:

Chris Glover
2017 Morris Ave.
Suite 300
Birmingham, AL 35203

/S
_____
OF COUNSEL