IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD ALSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:06-CV-0722-WKW-TFM ) |
| CHRISTOPHER ASKEW, et al., | ) ) |
| Defendants. | ) |

## ORDER

Upon of review and consideration of Plaintiff's *Motion to Compel Discovery* (Doc. 16, filed May 21, 2007), Defendant's *Motion for Leave for Additional Time to Answer Discovery* (Doc. 18, filed May 25, 2007), and Defendant's *Notice of Service of Discovery Documents* (Doc. 19, filed May 29, 2007)

**ORDERED** that Plaintiff's *Motion to Compel Discovery* (Doc. 16) and the *Motion for Leave for Additional Time to Answer Discovery* (Doc. 18) are **DENIED as moot**.

DONE this 30th day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE