IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD ALSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 3:06 CV 722 WKW-DRB |
| CHRISTOPHER ASKEW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CONFLICT DISCLOSURE STATEMENT

Comes now the Plaintiff, Clifford Alston, in the above styled cause and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual

s/Christopher D. Glover
Christopher D. Glover (GLO007)
Attorney for Plaintiffs

**OF COUNSEL**:
**HOGAN AND GLOVER, P.C.**
2017 Morris Avenue, Suite 300
Birmingham, AL 35203-4138
Phone: (205) 327-5235
Fax: (205) 327-5237

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 26th day of June, 2007, I have electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send notification of such filing to the following:

Keri Donald Simms
Miller, Hamilton, Snider & Odom
505 North 20th Street, Suite 500
Birmingham, AL 35203

                                            s/Christopher D. Glover
                                            OF COUNSEL