IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD ALSTON, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: |
| | * | 3:06 cv 722 WKW-DRB |
| CHRISTOPHER ASKEW, et al, | * | |
| Defendants | * | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, the defendants, Ruby White d/b/a Air Ride Trucking and Christopher Askew, the defendants in the above referenced matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and mangers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual.

Respectfully Submitted,

/S/
K. Donald Simms (ASB-9801-M63K)

OF COUNSEL:
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
500 Financial Center
505 North 20th Street
Birmingham, AL 35203
Ph: 205.226.5200
Fx: 205.226.5226
Em: KeriSimms@mhsolaw.com


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed on this ___27th___ day of __June__, 2007 to:

Christopher D. Glover
*Hogan Law Office, PC*
The Douglass Building
2017 Morris Avenue, Suite 300
Birmingham, AL 35203

/s/
OF COUNSEL

2