**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

June 28, 2007

# NOTICE OF CORRECTION

**From:**                 **Clerk's Office**

**Case Style:**           **Clifford Alston v. Christopher Askew, et al.**

**Case Number:**          **#3:06-cv-00722-WKW**

**Referenced Document:**  **Document #25**
                          **Conflict Disclosure Statement**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a proper electronic signature as required by Civil Administrative Procedure II-C. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD ALSTON, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: |
| | * | 3:06 cv 722 WKW-DRB |
| CHRISTOPHER ASKEW, et al, | * | |
| Defendants | * | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, the defendants, Ruby White d/b/a Air Ride Trucking and Christopher Askew, the defendants in the above referenced matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and mangers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual.

Respectfully Submitted,

/S/
K. Donald Simms (ASB-9801-M63K)

OF COUNSEL:
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
500 Financial Center
505 North 20th Street
Birmingham, AL 35203
Ph: 205.226.5200
Fx: 205.226.5226
Em: KeriSimms@mhsolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, postage prepaid and properly addressed on this ___27th___ day of __June__, 2007 to:

Christopher D. Glover
***Hogan Law Office, PC***
The Douglass Building
2017 Morris Avenue, Suite 300
Birmingham, AL 35203

/s/ [signature]
_____
OF COUNSEL