IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD ALSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 3:06 CV 722 WKW-DRB |
| CHRISTOPHER ASKEW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Counsel for the Plaintiff and the Defendants met and conferred on August 13, 2007 to discuss the possible resolution of this case through settlement. During the course of the discussions, the parties candidly discussed the strengths and weaknesses of their cases and the possible resolution of the case through settlement. While no settlement could be reached during this conference, the parties agreed that there is a reasonable chance that this case can be settled short of trial with the assistance of a mediator.  Accordingly, the parties have agreed to use Marty Van Tassel of Sirote Permute and they are in the process of scheduling a mediation with Mr. Van Tassel's office.

                s/Christopher D. Glover_____
                Christopher D. Glover (GLO007)
                Attorney for Plaintiffs

**OF COUNSEL**:
**HOGAN AND GLOVER, P.C.**
2017 Morris Avenue, Suite 300
Birmingham, AL 35203-4138
Phone: (205) 327-5235
Fax: (205) 327-5237

                                    s/K. Philip Luke_____
                                    K. Philip Luke
                                    Attorney for Defendants

**OF COUNSEL:**
**MILLER, HAMILTON, SNIDER & ODOM, L.L.C.**
505 North 20th Street, Suite 500
Birmingham, AL 35203