IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD ALSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 3:06 CV 722 WKW-DRB |
| CHRISTOPHER ASKEW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S WITNESS DISCLOSURE**

Comes now the Plaintiff in the above styled cause and objects to the following witness disclosure of the Defendants:

Plaintiff objections to the Defendant's disclosure of a representative of Webb Construction Company who will testify regarding Mr. Alston's employment with Webb Construction. Webb Construction Company is not a party to this action and any information they may have is neither relevant, proper, nor reasonably calculated to lead to the discovery of admissible evidence and is improper character evidence.

Plaintiff objections to the Defendant's disclosure of a representative of Alexander Mobile Home who will testify regarding Mr. Alston's employment with Alexander Mobile Home. Alexander Mobile Home is not a party to this action and any information they may have is neither relevant, proper, nor reasonably calculated to lead to the discovery of admissible evidence and is improper character evidence.

                                          s/Christopher D. Glover_____
                                          Christopher D. Glover (GLO007)
                                          Attorney for Plaintiffs

**OF COUNSEL**:
**HOGAN AND GLOVER, P.C.**
2017 Morris Avenue, Suite 300
Birmingham, AL 35203-4138
Phone: (205) 327-5235
Fax: (205) 327-5237

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon all interested parties and counsel of record in this cause via facsimile and by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 29th day of August, 2007.

Keri Donald Simms
Miller, Hamilton, Snider & Odom
505 North 20th Street, Suite 1200
Birmingham, AL 35203

                                          s/Christopher D. Glover
                                          OF COUNSEL