IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD ALSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | )    CASE NO. 3:06-CV-0722-WKW-TFM |
| CHRISTOPHER ASKEW, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Upon of review and consideration of Defendant's *Motion to Quash Non-Party Subpoena* (Doc. 30, filed September 21, 2007), it is

**ORDERED** that Plaintiff show cause why this motion should not be granted on or before **September 25, 2007**.

DONE this 21st day of September, 2007.

                          /s/Terry F. Moorer
                          TERRY F. MOORER
                          UNITED STATES MAGISTRATE JUDGE