IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD ALSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:06-CV-0722-WKW-TFM |
| | ) |
| CHRISTOPHER ASKEW, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is Defendant's *Motion to Quash Non-Party Subpoena* (Doc. 30, filed September 21, 2007). The Court directed Plaintiff should file any response on or before September 25, 2007. *See* Doc. 31. Plaintiff failed to respond. Therefore, for good cause, it is

**ORDERED** that the *Motion to Quash Non-Party Subpoena* (Doc. 30) is **GRANTED** and the Subpoena (attached as Exhibit A in Doc. 30) is hereby **QUASHED**.

DONE this 26th day of September, 2007.

    /s/Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE