IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD ALSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 3:06 CV 722 WKW-DRB |
| CHRISTOPHER ASKEW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT OF THE PARTIES MEDIATION**

Comes now the Plaintiff in the above styled cause in response to the Court's Order to file a report on or before October 12, 2007, informing the court of the status of mediation and informs the court as follows:

1. Mediation of this matter is scheduled for October 15, 2007 at 9:30 a.m. before Marty Van Tassel.

                                                                      s/Christopher D. Glover_____
                                                                      Christopher D. Glover (GLO007)
                                                                      Attorney for Plaintiffs

**OF COUNSEL**:
**HOGAN AND GLOVER, P.C.**
2017 Morris Avenue, Suite 300
Birmingham, AL 35203-4138
Phone: (205) 327-5235
Fax: (205) 327-5237

2

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon all interested parties and counsel of record in this cause via facsimile and by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 11th day of October, 2007.

Keri Donald Simms
Miller, Hamilton, Snider & Odom
505 North 20th Street, Suite 1200
Birmingham, AL 35203

                                    s/Christopher D. Glover
                                    OF COUNSEL