IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD ALSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:06-cv-722-WKW ) |
| CHRISTOPHER ASKEW, *et al.,* | ) ) |
| Defendants. | ) |

**ORDER**

It is ORDERED that the parties shall file a joint report by **October 18, 2007,** informing the court of the status of mediation.

DONE this 11th day of October, 2007.

         /s/   W.  Keith Watkins
         UNITED STATES DISTRICT JUDGE