IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD ALSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 3:06 CV 722 WKW-DRB |
| CHRISTOPHER ASKEW, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT OF THE PARTIES MEDIATION**

Come now the parties in the above styled cause and notifies that court of the following:

1. This matter was mediated on October 15, 2007 at 9:30 a.m. before Marty Van Tassel and this matter was resolved through settlement.

s/Christopher D. Glover
Christopher D. Glover (GLO007)
Attorney for Plaintiffs

**OF COUNSEL**:
**HOGAN AND GLOVER, P.C.**
2017 Morris Avenue, Suite 300
Birmingham, AL 35203-4138
Phone: (205) 327-5235
Fax: (205) 327-5237

s/Keri Donald Simms
Keri Donald Simms
Attorney for Defendants

**OF COUNSEL:**
**MILLER, HAMILTON, SNIDER & ODOM**
505 North 20th Street, Suite 1200
Birmingham, AL 35203
(205) 226-5200