IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| CLIFFORD ALSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cv-722-WKW |
| | ) | |
| CHRISTOPHER ASKEW, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties have notified the court this case has settled. All remaining dates and deadlines, including the pretrial and trial date are CANCELLED. The parties are ORDERED to file a joint stipulation of dismissal on or before **October 30, 2007.**

DONE this 17th day of October, 2007.

                                          /s/  W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE