IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD ALSTON, | * |
| Plaintiff | * |
| v. | * Civil Action No.: |
| | * 3:06 cv 722 WKW-DRB |
| CHRISTOPHER ASKEW, et al, | * |
| Defendants | * |

## JOINT MOTION TO DISMISS

COMES NOW, the Plaintiff, Clifford Alston, the Defendants, Ruby White d/b/a Air Ride Trucking and Christopher Askew, and jointly advise the Court that they have reached a settlement of the claims of Plaintiff against the Defendants. Accordingly, these parties jointly move the Court to dismiss with prejudice, the claims of Plaintiff against Defendants, with costs taxed as already paid and/or accrued.

_____
Christopher D. Glover, Bar No. (ASB-3486-5609)
Attorney for Plaintiff

OF COUNSEL:
*Hogan Law Office, PC*
The Douglass Building
2017 Morris Avenue, Suite 300
Birmingham, AL 35203

/s/ K. Donald Simms
K. Donald Simms (ASB-9801-M63K)
Attorney for Defendants

OF COUNSEL:
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
500 Financial Center
505 North 20th Street
Birmingham, AL 35203