IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD ALSTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:06-cv-722-WKW |
| CHRISTOPHER ASKEW, *et al.,* | ) ) ) |
| Defendants. | ) |

## ORDER

Upon consideration of the parties' Joint Motion to Dismiss (Doc. #39), it is ORDERED that the motion is GRANTED and this case is DISMISSED with prejudice. The parties shall bear their own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 29th day of October, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE